AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT ☑ INFORMATION ☐ INDICTMENT ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

08 JUN 24 PM 3:41

### OFFENSE CHARGED

Title 18 U.S.C., Section 1029(a)(2) - Unlawful Use of Unauthorized Access Device (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**DEFENDANT - U.S.**

▶ LINDA S. MCDONALD

**DISTRICT COURT NUMBER**

CR 08 0412

**PENALTY:**
Maximum Prison Term of 10 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☑ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

United States Postal Inspection Service

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

**SHOW DOCKET NO.**

**MAGISTRATE CASE NO.**
3-08-xr-90116

Name and Office of Person Furnishing Information on THIS FORM: **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned) ALBERT B. SAMBAT

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☑ SUMMONS ☐ NO PROCESS* ☐ WARRANT   Bail Amount:

If Summons, complete following:
☑ Arraignment ☑ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

**Defendant Address:**
1445 Greenwich St., Apt. 307
San Francisco, CA 94109

Date/Time: July 9, 2008 at 9:30 a.m.

Before Judge: Magistrate Judge Maria-Elena James

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3                                                                    FILED
4                                                              08 JUN 24 PM 3: 41
5
6
7
8                     UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10                         SAN FRANCISCO DIVISION
11
12 | UNITED STATES OF AMERICA,        )   No. CR 08    0412
13 |       Plaintiff,                 )   VIOLATION: 18 U.S.C. § 1029(a)(2) –
                                      )   Unlawful Use of Unauthorized Access SI
14 |   v.                             )   Device
                                      )
15 | LINDA S. MCDONALD,               )   SAN FRANCISCO VENUE
                                      )
16 |       Defendant.                 )
                                      )
17 |_____)
18
                              INFORMATION
19
   The United States Attorney charges:
20
        Between on or about November 2006, and on or about March 2007, in the Northern
21
   District of California, the defendant,
22
23                            LINDA S. MCDONALD,

24 did knowingly and with intent to defraud use at least one unauthorized access device, namely, a

25 MBNA/Bank of America credit card, account number ending in 3862, and by such conduct

26 //
27 //
28

   INFORMATION

1  obtained things of value aggregating at least $1,000 during that period, and in so doing, affected
2  interstate commerce in violation of Title 18, United States Code, Section 1029(a)(2).

JOSEPH P. RUSSONIELLO
United States Attorney

KYLE WALDINGER
Deputy Chief, Major Crimes Section

(Approved as to form: _____ )
SAUSA SAMBAT

INFORMATION