AO 455 (Rev. 12/03) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA
V.
LINDA S. MCDONALD

**WAIVER OF INDICTMENT**

FILED
JUL 0 9 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CASE NUMBER: CR 08-0412 SI

I, __LINDA S. MCDONALD__, the above named defendant, who is accused of

violating Title 18 U.S.C. Section 1029(a)(2)--Unlawful Use of Unauthorized Access Device,

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___7/9/2008___ prosecution by indictment and consent that the pro-
*Date*
ceeding may be by information rather than by indictment.

_____
*Defendant* (Linda McDonald)

_____
*Counsel for Defendant* (Barry J. Portman)

Before _____
*Judge*