*Amended*

| DOCUMENTS UNDER SEAL ☐ | | | | TOTAL TIME (mins): 4 min | | | |
|---|---|---|---|---|---|---|---|
| **MAGISTRATE JUDGE** <br> **MINUTE ORDER** | | DEPUTY CLERK <br> Lashanda Scott | | | REPORTER/FTR <br> 10:24-10:10:28 | | |
| MAGISTRATE JUDGE <br> Nandor J. Vadas | | DATE <br> July 9, 2008 | | | NEW CASE <br> ☐ | CASE NUMBER <br> CR08-0412 SI | |

### APPEARANCES

| DEFENDANT <br> Linda McDonald | AGE <br> 61 | CUST <br> N | P/NP <br> P | ATTORNEY FOR DEFENDANT <br> Barry Portman | PD. ☐  RET. ☐ <br> APPT. ☐ |
|---|---|---|---|---|---|
| U.S. ATTORNEY <br> Al Sambat | INTERPRETER | | | FIN. AFFT ☐ <br> SUBMITTED | COUNSEL APPT'D ☐ |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER <br> Josh Libby | | | DEF ELIGIBLE FOR ☐ <br> APPT'D COUNSEL | PARTIAL PAYMENT ☐ <br> OF CJA FEES |

### PROCEEDINGS SCHEDULED TO OCCUR

| ☒ INITIAL APPEAR | ☐ PRELIM HRG | ☐ MOTION | ☐ JUGM'T & SENTG | ☐ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☒ ARRAIGNMENT | ☐ BOND HEARING | ☐ INITIAL APPEAR <br> REV PROB OR S/R | ☐ OTHER |
| ☐ DETENTION HRG | ☐ ID / REMOV HRG | ☐ CHANGE PLEA | ☐ PROB. REVOC. | ☐ ATTY APPT <br> HEARING |

FILED JUL 10 2008 RICHARD W. WIEKING CLERK U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

### INITIAL APPEARANCE

| ☒ ADVISED <br> OF RIGHTS | ☒ ADVISED <br> OF CHARGES | ☒ NAME AS CHARGED <br> IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☒ ARRAIGNED ON <br> INFORMATION | ☐ ARRAIGNED ON <br> INDICTMENT | ☒ READING WAIVED <br> SUBSTANCE | ☒ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☒ RELEASED <br> ON O/R | ☐ ISSUED <br> APPEARANCE BOND | AMT OF SECURITY <br> $ | SPECIAL NOTES | ☐ PASSPORT <br> SURRENDERED <br> DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED <br> ☐ CASH $ | | CORPORATE SECURITY ☐ | | REAL PROPERTY: ☐ |

| ☐ MOTION <br> FOR <br> DETENTION | ☐ PRETRIAL <br> SERVICES <br> REPORT | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING <br> AND FORMAL FINDINGS <br> WAIVED | ☐ REMANDED <br> TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

### PLEA

| ☐ CONSENT <br> ENTERED | ☒ NOT GUILTY | ☐ GUILTY | GUILTY TO COUNTS: ☐ |
|---|---|---|---|
| ☐ PRESENTENCE <br> REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT <br> FILED | OTHER: |

### CONTINUANCE

| TO: <br> 7/18/2008 | ☐ ATTY APPT <br> HEARING | ☐ BOND <br> HEARING | ☐ STATUS RE: <br> CONSENT | ☐ STATUS / <br> TRIAL SET |
|---|---|---|---|---|
| AT: <br> 11:00 a.m. | ☐ SUBMIT FINAN. <br> AFFIDAVIT | ☐ PRELIMINARY <br> HEARING OR <br> ARRAIGN- <br> MENT | ☒ CHANGE OF <br> PLEA | ☐ OTHER |
| BEFORE HON. <br> SI | ☐ DETENTION <br> HEARING | | ☐ MOTIONS | ☐ JUDGMENT & <br> SENTENCING |
| ☐ TIME WAIVED | ☐ TIME EXCLUDABLE <br> UNDER 18 § USC <br> 3161 | ☐ IDENTITY / <br> REMOVAL <br> HEARING | ☐ PRETRIAL <br> CONFERENCE | ☐ PROB/SUP REV. <br> HEARING |

### ADDITIONAL PROCEEDINGS

Defendant previously appeared before the court for Identification of counsel.
cc: NJV, Pretrial, SI

DOCUMENT NUMBER: