UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 13 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case Number __CR08-412__ SI

Defendant's Name __Linda McDonald__

Defense Counsel __B. Portman__

Due Date __10/10/08~~ 10/3/08~~ @ 11 AM__

## NOTICE TO DEFENSE COUNSEL

The Court has directed that a __X__ Presentence Investigation

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the PROBATION OFFICE, ROOM 17-6884, 17th floor, BEFORE LEAVING THE COURTHOUSE TODAY to make the necessary arrangements.

---

For use of Courtroom Deputies:
Is defendant in custody? __No__
Is defendant English speaking? __Yes__
What is defendant's address? _____

Richard W. Wieking, Clerk

by: __Sutton__
T. Sutton, Deputy Clerk

cc: U.S. Probation Office