**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

Date: 7/18/08

Case No.   CR-08-0412 SI            Judge:  SUSAN ILLSTON

Title:  UNITED STATES -v- LINDA MCDONALD

Attorneys:   Sambat            Portman

Deputy Clerk: Tracy Sutton   Court Reporter: McVickar

**PROCEEDINGS**

1)  Change of Plea - HELD

2)
3)
Order to be prepared by:  ( )Pltf   ( )Deft   ( )Court

Disposition :  ( ) GRANTED, ( ) DENIED, ( ) GRANTED/DENIED IN        ( ) SUBMITTED
                                                                    PART

Case continued to **10/10/08   @ 11:00 a.m.**   for Sentence

Case continued to  **@ 11:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to  @   for Pretrial Conference

Case continued to  **@ 8:30 a.m.** for Trial (Court/Jury: ___ Days)

Category of Excludable Delay: _____
**Delay begins:        Delay ends:**
(              )

ORDERED AFTER HEARING:

The defendant plead guilty to a single count information.
The parties filed a plea agreement in open court.

(SPEEDY TRIAL DEADLINE AS OF TODAY: )