IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-08-00412 SI |
| ) | |
| Plaintiff, ) | |
| ) | [Proposed] ORDER CONTINUING |
| vs. ) | SENTENCING |
| ) | |
| LINDA S. McDONALD, ) | |
| ) | |
| Defendant. ) | |
| ) | |

The parties having stipulated, and GOOD CAUSE appearing, the sentencing in the above-entitled case is continued from October 10, 2008, to November 7, 2008, at 11:00 a.m.

IT IS SO ORDERED.

Dated:

_____
SUSAN ILLSTON
United States District Judge

[Proposed] Order Continuing Sentencing
Case No. CR-08-0412 SI                                    1