IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>LINDA S. McDONALD,<br><br>　　　　Defendant. | No. CR-08-00412 SI<br><br>[PROPOSED] ORDER |

The defendant having moved for an extension of the date on which she is to report to prison, and good cause appearing, that date is extended from January 30, 2009, until July 30, 2009. However, if the defendant's father dies sooner than July 30, 2009, the defendant is to immediately notify this Court, which will select a new and earlier date for the defendant to report to prison.

IT IS SO ORDERED.

Dated: January __, 2009

_____
SUSAN ILLSTON
United States District Judge

1